UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MAGDALINA KALINCHEVA,

               Plaintiff,                                 Case No. 2:13-cv-351

v.                                            HON. ROBERT HOLMES BELL

JESSE NEUBARTH,

               Defendant.

_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On December 18, 2013, Magistrate Judge Timothy Greeley issued a Report and Recommendation ("R&R") (Dkt. No. 26) recommending that Plaintiff's complaint be dismissed with prejudice. The R&R also recommends that Plaintiff's other pending motions be denied as moot. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Plaintiff has filed two additional motions since the R&R was issued. Because neither of these motions object to the R&R which the Court today adopts, these motions will also be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's December 18, 2013, R&R (Dkt. No. 26) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's outstanding motions (Dkt. Nos. 4–8, 13–20, 28, 31) are **DENIED** as **MOOT**.


Dated: January 15, 2014                           /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE